FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TARYN M. CHOUTEAU, | § | |
| CURTIS CHOUTEAU, individually and as | § | |
| next friends of JOHN DOE, | § | |
| a minor | § | C.A. 1:18-CV-00333 |
| | § | |
| v. | § | |
| | § | |
| GOLDEN RULE INSURANCE COMPANY | § | |
| and ANGELA J. MCKAY | § | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Golden Rule Insurance Company is a wholly-owned indirect subsidiary of UnitedHealth Group Incorporated, which is publicly traded.

Dated: April 24, 2018

Respectfully submitted,

By: */s/ Andrew G. Jubinsky*
   Andrew G. Jubinsky
   Texas Bar No. 11043000
   andy.jubinsky@figdav.com
   Nicole H. Muñoz
   Texas State Bar No. 24098153
   nicole.munoz@figdav.com

**FIGARI + DAVENPORT, L.L.P.**
901 Main Street, Suite 3400
Dallas, Texas  75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

ATTORNEYS FOR DEFENDANT GOLDEN RULE
INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been served via the Court's ECF system, or by certified mail, return receipt requested, on the parties listed below on April 24, 2018.

Joe K. Crews
Crews Law Firm, P.C.
701 Brazos, Suite 900
Austin, Texas 78701
(512) 346-7077
(512) 342-0007 – fax
Crews@crewsfirm.com
*Attorney for Plaintiffs*

Angela McKay
2008 Woodstock Dr.
Colleyville, TX 76034
*Pro Se*

/s/ Andrew G. Jubinsky
Andrew G. Jubinsky